**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DILARAM KHANKODJAEVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cv-01972-PMP-VCF |
| v. ) | |
| ) | **O R D E R** |
| BANK OF AMERICA; et al., ) | |
| ) | |
| Defendants. ) | |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Defendants Bank of America and Recontrust Company are former clients of the undersigned. Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

The status hearing set for Friday, December 30, 2011 on the Motion/Application to Proceed in Forma Pauperis is hereby vacated.

IT IS SO ORDERED.

DATED this 20th day of December, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**