ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DILARAM A. KHANKHODJAEVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10<br><br>Defendants. | Case No.: 2:11-cv-1972-PMP-CWH<br><br>**ORDER EXPUNGING LIS PENDENS** |

On July 23, 2012, this Court issued an order dismissing this case without prejudice pursuant to Fed. R. Civ. P. 4(m) [Dkt. 11].

Defendant Bank of America, N.A. requests that the *lis pendens* plaintiff Dilaram A. Khankhodjaeva (**plaintiff**) recorded against the property located at 166 Rocky Star Street, Henderson, Nevada 89012 (Assessor's Parcel Number 178-22-513-046) be canceled, released, and expunged.

The Court finds that plaintiff recorded a *lis pendens* on December 8, 2011, as Document No. 201112080002409, in the real property records maintained by the Clark County Recorder. A copy

of the *lis pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

The Court hereby grants Bank of America its requested relief and rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced *lis pendens* is hereby canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this order canceling the above-referenced *lis pendens* has the same effect as an expungement of the original *lis pendens*.

3. It is further ordered, adjudged, and decreed that Bank of America record a properly certified copy of this order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

*/s/ Philip M. Pro*

UNITED STATES DISTRICT JUDGE

Dated: July 25, 2012.

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A.*

# EXHIBIT A

# EXHIBIT A

{20628576;1}

|  |  |
|---|---|
| **RECORDING COVER PAGE** ③ | Inst #: 201112080002409<br>Fees: $19.00<br>N/C Fee: $0.00<br>12/08/2011 03:33:42 PM<br>Receipt #: 1001940<br>Requestor:<br>DILARAM KHANKHODJAEVA<br>Recorded By: MGM  Pgs: 3<br>**DEBBIE CONWAY**<br>**CLARK COUNTY RECORDER** |

Must be typed or printed clearly in black ink only.

APN# __178-22-513-046__

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT** (DO NOT Abbreviate)

__Notice of Lis Pendens__

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

__Dilaram A. KHANKHODJAEVA__

**Return to:**

Name __DILARAM A. KHANKHODJAEVA__
Address __712 Falcon Feather Way__
City/State/Zip __Henderson, NV 89015__

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

APN# : 178-22-513-046

**NOTICE OF LIS PENDENS**

FILED ___ RECEIVED
ENTERED ___ SERVED ON
___ PARTIES OF RECORD

2011 DEC -8 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

Recording Requested By:
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015
Tel. 323-793-3009

Return Documents To:
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015

Plaintiff and Attorney Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LLOYD D. GEORGE U.S. COURTHOUSE

DILARAM A. KHANKHODJAEVA,

    Plaintiff,

v.

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10

    Defendants,

**2:11-cv-01972-PMP -VCF**

Parcel I.D. : 178-22-513-046

**NOTICE OF LIS PENDENS**

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by PLAINTIFF **DILARAM A. KHANKHODJAEVA**, suing

LIS PENDENS
Page 1 of 2

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10 for money damages:

1. As Plaintiff, DILARAM A. KHANKHODJAEVA has commenced an action against Defendants in Clark County.

2. The Defendants are: BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10.

3. The object of the action is: FAILURE TO COMPLY WITH "RESPA" RULES; FRAUD AND INTENTIONAL DECEIT; GENERAL BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; VIOLATIONS OF NRS 107.086; FRAUDULENT ASSIGNMENT; WRONGFUL FORECLOSURE; AND DECLARATORY JUDGMENT.

4. The description of the real property to be affected is the property identified in the Clark County land records as JUBILEE HGTS-UNIT 2, PLAT BOOK 108 PAGE 76 LOT 89 BLOCK 2 commonly known as166 Rocky Star St, Henderson, NV 89012-5561, APN:178-22-513-046.

Dated this 8th day of December, 2011

_____
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015
Attorney Pro Se
Tel. 323-793-3009nd Attorney Pro Se