ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DILARAM A. KHANKHODJAEVA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10 <br><br> Defendants. | Case No.: 2:11-cv-1972-PMP-CWH <br><br> **ORDER EXPUNGING LIS PENDENS** |

On July 23, 2012, this Court issued an order dismissing this case without prejudice pursuant to Fed. R. Civ. P. 4(m) [Dkt. 11].

Defendant Bank of America, N.A. requests that the *lis pendens* plaintiff Dilaram A. Khankhodjaeva (**plaintiff**) recorded against the property located at 166 Rocky Star Street, Henderson, Nevada 89012 (Assessor's Parcel Number 178-22-513-046) be canceled, released, and expunged.

The Court finds that plaintiff recorded a *lis pendens* on December 8, 2011, as Document No. 201112080002409, in the real property records maintained by the Clark County Recorder. A copy

of the *lis pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

The Court hereby grants Bank of America its requested relief and rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced *lis pendens* is hereby canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this order canceling the above-referenced *lis pendens* has the same effect as an expungement of the original *lis pendens*.

3. It is further ordered, adjudged, and decreed that Bank of America record a properly certified copy of this order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

*/s/ Philip M. Pro*

UNITED STATES DISTRICT JUDGE

Dated: July 25, 2012.

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A.*

{24567860;1}                       2

# EXHIBIT A

# EXHIBIT A

**RECORDING COVER PAGE** (3)

Inst #: 201112080002409
Fees: $19.00
N/C Fee: $0.00
12/08/2011 03:33:42 PM
Receipt #: 1001940
Requestor:
DILARAM KHANKHODJAEVA
Recorded By: MGM   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

Must be typed or printed clearly in black ink only.

APN# 178-22-513-046

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Dilaram A KHANKHODJAEVA

**Return to:**

Name   DILARAM A. KHANKHODJAEVA
Address   712 Falcon Feather Way
City/State/Zip   Henderson, NV 89015

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

APN# : 178-22-513-046

**NOTICE OF LIS PENDENS**

___ FILED       ___ RECEIVED
___ ENTERED   ___ SERVED ON
                    /PARTIES OF RECORD

2011 DEC -8  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

Recording Requested By:
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015
Tel. 323-793-3009

Return Documents To:
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015

Plaintiff and Attorney Pro Se

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LLOYD D. GEORGE U.S. COURTHOUSE

DILARAM A. KHANKHODJAEVA,

    Plaintiff,

v.

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10

    Defendants,

**2:11-cv-01972-PMP -VCF**

Parcel I.D. : 178-22-513-046

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by PLAINTIFF **DILARAM A. KHANKHODJAEVA**, suing

BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10 for money damages:

1. As Plaintiff, DILARAM A. KHANKHODJAEVA has commenced an action against Defendants in Clark County.

2. The Defendants are: BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N. A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., THE BANK OF NEW YORK MELLON, N.A.; THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-76 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 and DOES 1-10.

3. The object of the action is: FAILURE TO COMPLY WITH "RESPA" RULES; FRAUD AND INTENTIONAL DECEIT; GENERAL BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; VIOLATIONS OF NRS 107.086; FRAUDULENT ASSIGNMENT; WRONGFUL FORECLOSURE; AND DECLARATORY JUDGMENT.

4. The description of the real property to be affected is the property identified in the Clark County land records as JUBILEE HGTS-UNIT 2, PLAT BOOK 108 PAGE 76 LOT 89 BLOCK 2 commonly known as 166 Rocky Star St, Henderson, NV 89012-5561, APN:178-22-513-046.

Dated this 8th day of December, 2011

_____
DILARAM A. KHANKHODJAEVA
72 FALCON FEATHER WAY
HENDERSON, NV 89015
Attorney Pro Se
Tel. 323-793-3009nd Attorney Pro Se